# EXHIBIT A

**Joshua Waldrop**

**From:** Brandon West <lbwestattorney@gmail.com>
**Sent:** Friday, May 24, 2024 11:38 AM
**To:** Joshua Waldrop
**Cc:** amanda.holbert@icloud.com; Melanie Prentice; Jennie Adams; Megan Venegas
**Subject:** Re: Wilma McCreary v. WM

Joshua,

We do not have a firm calculation of medicals at this time and treatment is ongoing, however, it does appear that medicals have exceeded or will exceed $75,000.00. I can provide a current number by the end of next week.

Thank you,

*Brandon West*

Law Offices of Brandon West, PLLC

323 W. Fifth Street

London, KY 40471

Phone: 606-770-5046

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Fri, May 24, 2024 at 11:32 AM Joshua Waldrop <jwaldrop@bdblawky.com> wrote:

> Mr. West,
>
> Thank you for giving me a call back this morning. It was a pleasure speaking with you.

To confirm our conversation, it appears reasonably certain that Ms. McCreary will seek damages in excess of $75,000.00, exclusive of interest and costs, as her medical expenses exceed $75,000. Please let me know if you disagree.

Thank you!

Josh

Joshua F. Waldrop

Blackburn Domene & Burchett, PLLC

614 West Main Street, Suite 3000

Louisville, Kentucky 40202

502-584-1600

502-584-9971 (fax)

jwaldrop@bdblawky.com

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (502) 584-1600 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Blackburn Domene & Burchett, PLLC.

---

**From:** Joshua Waldrop
**Sent:** Thursday, May 23, 2024 9:56 AM
**To:** lbwestattorney@gmail.com; amanda.holbert@icloud.com
**Cc:** Melanie Prentice <mhprentice@bdblawky.com>; Jennie Adams <jadams@bdblawky.com>
**Subject:** Wilma McCreary v. WM

Good morning, Mr. West,

I called yesterday to inquire whether Ms. McCreary is seeking damages in excess of $75,000. Is there a time today when we can discuss this matter? I'll be here all day if it's easier for you to give me a call. My direct dial is 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.

Thank you,

Josh

Joshua F. Waldrop

Blackburn Domene & Burchett, PLLC

614 West Main Street, Suite 3000

Louisville, Kentucky 40202

502-584-1600

502-584-9971 (fax)

jwaldrop@bdblawky.com

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (502) 584-1600 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Blackburn Domene & Burchett, PLLC.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your Office Administrator