# EXHIBIT B

DOCUMENT

AM

NOT ORIGINAL

05/28/2024 11:42:00

85787

COMMONWEALTH OF KENTUCKY
27th JUDICIAL CIRCUIT
LAUREL CIRCUIT COURT
CIVIL ACTION NO.: 24-CI-____
DIVISION NO.: __

WILMA MCCREARY,                                                    PLAINTIFF

vs.                              **COMPLAINT**
                              *ELECTRONICALLY FILED*


WALMART, INC                                                      DEFENDANT


SERVE: CT CORPORATION SYSTEM
         306 WEST MAIN STREET, SUITE 512
         FRANKFORT, KY 40601

AND

WALMART #1113 ASSUMED NAME
CORPORATION OF WALMART STORES
EAST, LIMITED PARTNERSHIP

SERVE: CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT, KENTUCKY 40601


                    **   **   **   **

        COMES now the Plaintiff, WILMA MCCREARY, by and through counsel, and for her

cause of action herein states as follows:

        1.      The Plaintiff, WILMA MCCREARY, is and was at all times relevant to this action a

resident of the City of London, Laurel County, Kentucky.

        2.      That all times relevant herein, the Defendant, Walmart, Inc. is a foreign corporation

whose agent for service for process registered with the Kentucky Secretary of State is CT

Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

NOT ORIGINAL
DOCUMENT
05/28/2024 11:42:00
AM

3.      That at all times relevant herein, the Defendant, Walmart #1133 is identified as an

85787

Assumed Name Corporation for Walmart Stores East, Limited Partnership with the Kentucky

Secretary of State and Walmart Stores East, Limited Partnership is a foreign ULPA limited

partnership incorporated in the state of Delaware under the name of Walmart Stores East, LP and

their agent for service of process of record with the Kentucky Secretary of State is CT Corporation

System 306 West Main Street, Suite 512, Frankfort, Kentucky

4.      The Defendants identified above are hereby notified to put any and all employees,

managers, agents, representatives, liaisons, contractors, subcontractors who may have any

responsibility regarding the incident herein, alleged and/or responsible for the actions set forth

herein and the supervision, hiring, and training of employees responsible for the action set forth

herein on notice that this lawsuit has been filed and could be added as additional Defendants once

their identity is revealed to the Plaintiff.

5.      That on or about the 5th day of May, 2023, the Plaintiff, Wilma McCreary, was an

invitee at the Walmart Supercenter Store Number 1113 located at 1851 Kentucky 192, London,

Laurel County, Kentucky which was owned, operated, managed, maintained, leased, rented and or

otherwise controlled by the Defendants identified above, Walmart #1133 assumed name

corporation for Walmart Stores East, Limited Partnership and/or Walmart, Inc.

6.      That as an invitee, the Defendants owed to the Plaintiff a duty to conduct and

operate its business and activities in a safe and hazard free manner that ensured the safety of the

public and of invitees such as the Plaintiff.

7.      The Defendants were negligent and breached these duties to the Plaintiff by failing

to inspect and maintain the premises in a safe and hazard free condition and failed to conduct and

operate its business activities in a safe and hazard free manner to ensure the safety of the Plaintiff

NOT ORIGINAL

DOCUMENT

05/28/2024 11:42:00

AM

by failing to keep a proper lookout, failing to observe the Plaintiffs multiple attempts to find an

employee to help her lift a heavy product for purchase, and failing to properly staff and manage

85787

their stores, whereas causing the Plaintiff to injure herself by attempting to lift said product on her

own causing injuries.

8.      The Defendants had a duty to hire qualified employees and to staff the appropriate

number of employees per shift to maintain safe working conditions. To institute adequate policies

and procedures which would create a safe environment for patrons in their store, and to make sure

these policies and procedures were followed.

9.      That the Defendants breached these duties and were negligent in failing to hire the

amount of qualified employees needed to manage customer/employee ratio, failing to adequately

train employees, and failing to train management on these policies and procedures, and/or failing

to follow and enforce these policies and procedures.

10.     That the Defendants' negligence and breach of duties outlined above resulted in the

Plaintiff, an elderly woman in her eighties, who was forced to lift a large package of water on her

own, after seeking employee help from multiple departments in the store, to no avail.

11.     That the Defendants had a duty to supervise employees to ensure that their work

activities were conducted in a safe and hazard free manner; were properly trained on policies and

procedures and were following policies and procedures.

12.     That the Defendants were negligent and breached their duties to the Plaintiff by

failing to properly supervise employees to ensure their work activities were conducted in a manner

which would ensure the safety of patrons shopping in their store and on their premises.

13.     That at all relevant times, all breaches of duty set forth herein were committed by

employees, agents, and or representatives of the defendants, Walmart Inc. and Walmart #1113

Presiding Judge: HON. MICHAEL CAPERTON (627365)

COM : 000003 of 000005

Filed    24-CI-00375    05/03/2024    Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL

DOCUMENT

05/28/2024 11:42:00

AM

85787

assumed name corporation of Wal-Mart Stores East, Limited Partnership who were acting within the course and scope of their duties as employees, agents, and or representatives of the Defendants, Walmart Inc. and Walmart #1113 assumed name corporation of Wal-Mart Stores East, Limited Partnership, thereby making the Defendants vicariously liable for their negligence under the Doctrine of Respondeat Superior.

14.    That on or about the 5th day of May, 2023, as a proximate cause of the Defendants' negligence and breach of duties outlined herein, the Plaintiff entered the Walmart Supercenter store number 1113 located at 1851 Kentucky 192, London, Laurel County, Kentucky and permanently injured her shoulder lifting a case of water after she made multiple attempts to locate any employee of Walmart to help her, all to no avail.

15.    That as a proximate cause of the negligence and breach of duties outlined herein the Plaintiff sustained significant injuries to her person and was forced to seek medical treatment.

16.    That as a proximate cause of the Defendants' negligence and breach of duties outlined herein, the Plaintiff was severely and permanently injured, suffered great pain and suffering, will continue to suffer pain and suffering in the future, loss of enjoyment of her life, incurred medical expenses, and will continue to incur medical expenses in the future.

**WHEREFORE**, Plaintiff demands as follows:

1.    Judgment against the Defendants, jointly and severally, for all damages complained of herein, in an amount in excess of the minimum jurisdictional requirements of this court.

2.    Trial by jury;

3.    Damages for mental and physical pain and suffering, both past and future;

4.    Damages for medical expenses, both past and future;

5.    Her costs herein expended and attorney's fees; and,

Presiding Judge: HON. MICHAEL CAPERTON (627365)

COM : 000004 of 000005

**NOT ORIGINAL**

DOCUMENT

**05/28/2024 11:42:00**

AM              6.       Any and all relief which this Court may deem proper.

**85787**

Respectfully Submitted,
HON. BRANDON WEST
323 W. 5th Street
London, KY 40741
Ph: (606)770-5046
Fax: (606)770-5042
By: s/ Brandon West
ATTORNEY FOR PLAINTIFF

Presiding Judge: HON. MICHAEL CAPERTON (627365)

COM : 000005 of 000005

| AOC-E-105<br>Rev. 9-14 | Sum Code: CI | | Case #: **24-CI-00375** ORIGINAL |
|---|---|---|---|
| **DOCUMENT**<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br>**AM**<br>CR 4.02; Cr Official Form 1 | |  | Court:    **CIRCUIT**<br>County: **LAUREL**    05/28/2024 11:42:07 |
| | | **CIVIL SUMMONS** | 85787 |

*Plantiff,* **MCCREARY, WILMA VS. WALMART, INC. ET AL**, *Defendant*

**TO:  CT CORPORATION SYSTEM**

    **306 WEST MAIN STREET, SUITE 512**

    **FRANKFORT, KY 40601**

Memo: Related party is WALMART, INC.

The Commonwealth of Kentucky to Defendant:
**WALMART, INC.**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

               /s/ Roger Schott, Laurel
               Circuit Clerk
               Date: **5/3/2024**

*Presiding Judge: HON. MICHAEL CAPERTON (627365)*

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

                          _____
                                 Served By

                          _____
                                   Title

*CI : 000001 of 000001*



Page 1 of 1

*eFiled*

AOC-E-105
Rev. 9-14

Sum Code: CI

DOCUMENT

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

AM

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **24-CI-00375** ORIGINAL
Court: **CIRCUIT**
County: **LAUREL**     05/28/2024 11:42:21

85787

*Plantiff,* **MCCREARY, WILMA VS. WALMART, INC. ET AL,** *Defendant*

TO: **SERVE: CT CORPORATION SYSTEM**
**306 WEST MAIN STREET, SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is WALMART #1113

The Commonwealth of Kentucky to Defendant:
**WALMART #1113**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Roger Schott, Laurel
Circuit Clerk
Date: **5/3/2024**

<div style="position: right">Presiding Judge: HON. MICHAEL CAPERTON (627365)</div>

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

<div style="position: right">CI : 000001 of 000001</div>

Summons ID: @00000225417
CIRCUIT: 24-CI-00375 Certified Mail
MCCREARY, WILMA VS. WALMART, INC. ET AL



Page 1 of 1

*e*Filed

Filed          24-CI-00375     05/08/2024          Roger Schott, Laurel Circuit Clerk

**UNITED STATES POSTAL SERVICE.**

DOCUMENT

AM

NOT ORIGINAL

05/28/2024 11:42:29

85787

Date Produced: 05/08/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8360 2923 03. Our records indicate that this item was delivered on 05/07/2024 at 08:30 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

SERVE: CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number:     C4999895.30108276

**Filed**          **24-CI-00375**     **05/08/2024**          **Roger Schott, Laurel Circuit Clerk**

USPS MAIL PIECE TRACKING NUMBER:  420406019236090194038360292303

DOCUMENT      MAILING DATE:        05/03/2024

DELIVERED DATE:    05/07/2024

AM

NOT ORIGINAL

Custom 1: DriverId-7877036

Custom 2: PartyId-52905935

05/28/2024 11:42:29

Custom 3: SummonsNum-@00000225417

Custom 4: CentralMailId-154081

85787

Custom 5: Source County-LAUREL

MAIL PIECE DELIVERY INFORMATION:

SERVE: CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 05/03/2024 15:18 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 05/03/2024 16:17 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 05/03/2024 22:09 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 05/03/2024 23:24 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 05/04/2024 14:01 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 05/06/2024 12:14 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 05/06/2024 12:33 | AVAILABLE FOR PICKUP | FRANKFORT,KY 40601 |
| 05/07/2024 08:30 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

COR : 000002 of 000002

Filed          24-CI-00375        05/09/2024          Roger Schott, Laurel Circuit Clerk

**UNITED STATES**
**POSTAL SERVICE.**

DOCUMENT

AM

NOT ORIGINAL

05/28/2024 11:42:34

85787

Date Produced: 05/09/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8360 2922 97. Our records indicate that this item was delivered on 05/08/2024 at 08:30 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number:      C4999895.30108245
Filed          24-CI-00375        05/09/2024          Roger Schott, Laurel Circuit Clerk

2

USPS MAIL PIECE TRACKING NUMBER: 4204060192360901940383360292297

MAILING DATE: 05/03/2024

**NOT ORIGINAL**

DELIVERED DATE: 05/08/2024

**DOCUMENT**

Custom 1: DriverId-7877036

05/28/2024 11:42:34

**AM**

Custom 2: PartyId-52905934

Custom 3: SummonsNum-@00000225416

Custom 4: CentralMailId-154080

85787

Custom 5: Source County-LAUREL

MAIL PIECE DELIVERY INFORMATION:

CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | | |
|---|---|---|---|
| 05/03/2024 15:18 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | | FRANKFORT,KY 40601 |
| 05/03/2024 16:17 | SHIPMENT RECEIVED ACCEPTANCE PENDING | | FRANKFORT,KY 40601 |
| 05/03/2024 22:09 | ORIGIN ACCEPTANCE | | FRANKFORT,KY 40601 |
| 05/03/2024 23:24 | PROCESSED THROUGH USPS FACILITY | | LOUISVILLE,KY 40221 |
| 05/04/2024 14:03 | PROCESSED THROUGH USPS FACILITY | | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 05/07/2024 08:32 | ARRIVAL AT UNIT | | FRANKFORT,KY 40601 |
| 05/07/2024 08:43 | OUT FOR DELIVERY | | FRANKFORT,KY 40601 |
| 05/07/2024 10:35 | AVAILABLE FOR PICKUP | | FRANKFORT,KY 40601 |
| 05/08/2024 08:30 | DELIVERED INDIVIDUAL PICKED UP AT USPS | | FRANKFORT,KY 40601 |

**DOCUMENT**

**AM**

NOT ORIGINAL

05/28/2024 11:42:38

85787

COMMONWEALTH OF KENTUCKY
LAUREL CIRCUIT COURT
DIVISION TWO (2)
CIVIL ACTION NO. 24-CI-00375
*Electronically Filed*

WILMA MCCREARY                                          PLAINTIFF

v.

WALMART INC.                                           DEFENDANTS
WALMART #1113 ASSUMED NAME
CORPORATION OF WALMART STORES EAST, LP

### ANSWER OF DEFENDANTS

Defendants, Walmart, Inc. and Walmart #1113, Assumed Name of Walmart Stores East, LP (hereinafter collectively referred to as "Walmart"), by and through counsel, for their Answer to Plaintiff's Complaint, hereby state as follows:

### FIRST DEFENSE

Subject to what discovery may reveal, the Complaint fails, in whole or in part, to state a claim upon which relief can be granted and should, therefore, be dismissed in its entirety with prejudice.

### SECOND DEFENSE

Subject to what discovery may reveal, Walmart states that at the time and on the occasion described in the Complaint, the Plaintiff was guilty of negligence or fault, which was a substantial factor in causing and bringing about the incident in controversy and alleged damages; and that but for the comparative negligence and fault on the part of the Plaintiff, the incident would not have occurred and damages, if any, would not have been sustained. Walmart relies upon the negligence and fault of the Plaintiff as a partial and/or complete bar to any recovery

ANS : 000001 of 000005

**NOT ORIGINAL**

**DOCUMENT**

**AM**

05/28/2024 11:42:38

85787

herein and requests an apportionment instruction at the trial of this matter pursuant to KRS 411.182.

### THIRD DEFENSE

Walmart states that the incident in controversy and alleged damages, if any, may have been caused and brought about by and were the proximate result of a superseding and intervening negligent act, or negligent failure to act, on the part of someone other than Walmart and that but for this superseding and intervening cause, the incident and any alleged damages, if any, would not have been sustained. Walmart relies upon this superseding and intervening act as a partial and/or complete bar to any recovery herein.

### FOURTH DEFENSE

Walmart states that the Plaintiff may have failed to mitigate damages, if any, and relies upon this failure as a partial and/or complete bar to recovery herein.

### FIFTH DEFENSE

Walmart pleads any and all affirmative defenses set forth in Rules 8.03 and 12 of the Kentucky Rules of Civil Procedure as if set forth at length herein and specifically states that Plaintiff's claim may be barred by the statute of limitations and lack of jurisdiction and venue.

### SIXTH DEFENSE

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any, were caused and brought about by and were the proximate result of a pre-existing condition, which condition existed prior to the date of the incident, and said pre-existing condition is either the proximate cause of the Plaintiff's injuries and damages or contributing cause of said injuries and damages; and but for said pre-existing condition, Plaintiff's injuries and damages would not and could not have occurred, or in the alternative, would not and could

2

ANS : 000002 of 000005

NOT ORIGINAL

**DOCUMENT**

**AM**

05/28/2024 11:42:38

85787

not have been as extensive as alleged in the Plaintiff's Cause of Action against Walmart herein.

Walmart hereby relies upon said negligence and/or fault of the Plaintiff as a complete bar to any

recovery by the Plaintiff on the Complaint herein.

**SEVENTH DEFENSE**

The Complaint demands relief, including attorney's fees, that is not recoverable under Kentucky law and Walmart raises this as an affirmative defense.

**EIGHTH DEFENSE**

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of Plaintiff on account of events or injuries or damages alleged in the Complaint and who have not been properly notified of their subrogation rights, Plaintiff has failed to comply with KRS 411.188 and the Complaint is barred.  Alternatively, Plaintiff is precluded from recovery of amounts which are the subject of subrogation rights.  Moreover, to the extent such person or entity exists, Plaintiff is not the real party in interest to the extent of any such payment.

**NINTH DEFENSE**

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any occurred, were caused in whole or in part by the primary, active, superseding, intervening negligence and/or intentional acts of Plaintiff and/or third persons or entities other than Walmart for which Walmart has no liability, responsibility, direction or control and Plaintiff's claims are, therefore, barred or reduced in proportion to the fault attributable to persons or entities other than Walmart.

**TENTH DEFENSE**

Walmart reserves the right to supplement this Answer and plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

3

ANS : 000003 of 000005

NOT ORIGINAL

DOCUMENT

05/28/2024 11:42:38

AM

### ELEVENTH DEFENSE

85787

In response to numerical paragraphs, Walmart states:

1.     Walmart is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in numerical paragraphs 1 and 5 of Plaintiff's Complaint and, therefore, denies same.

2.     Walmart admits the allegations contained in numerical paragraph 2 of Plaintiff's Complaint.

3.     In response to the allegations contained in numerical paragraph 3 of Plaintiff's Complaint, Walmart denies the allegations with respect to Walmart #1133 (sic) but admits the allegations concerning Walmart Stores East, LP.

4.     Paragraph 4 of Plaintiff's Complaint contains no claims against Walmart, and therefore a response by Walmart is not required.   To the extent Plaintiff intends to make allegations against Walmart in this paragraph or to rely on the allegations to impute liability to or against Walmart, Walmart denies the allegations contained in this paragraph.

5.     Walmart denies the allegations contained in paragraphs 6, 7, 9, 10, 11, 12, 13, 14, 15, and 16 of Plaintiff's Complaint.

6.     The allegations contained in numerical paragraph 8 of Plaintiff's Complaint are statements of Plaintiff's opinion of the law to which no response is required.   In the event a response is required, Walmart denies the allegations contained in numerical paragraph 8 of Plaintiff's Complaint.

7.     Walmart denies each and every allegation of Plaintiff's Complaint not specifically admitted.

WHEREFORE, Defendants demand as follows:

4

ANS : 000004 of 000005

**NOT ORIGINAL**

**DOCUMENT**

**AM**

05/28/2024 11:42:38

85787

1.    Plaintiff's Complaint be dismissed with prejudice;

2.    Fault be apportioned pursuant to KRS 411.182;

3.    For their costs herein expended;

4.    Trial by jury on all issues so triable; and

5.    For any and all other relief to which they may be entitled.

Respectfully submitted,

*/s/ Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 22nd day of May, 2024. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Brandon West
323 West 5th Street
London, Kentucky 40741
lbwestattorney@gmail.com
*Counsel for Plaintiff*

*/s/ Jennifer Kincaid Adams*
*Counsel for Defendants*

5

ANS : 000005 of 000005

Filed          24-CI-00375    05/2022/2024          Roger Schott, Laurel Circuit Clerk

**DOCUMENT**

**AM**

NOT ORIGINAL

05/28/2024 11:42:44

85787

COMMONWEALTH OF KENTUCKY
LAUREL CIRCUIT COURT
DIVISION TWO (2)
CIVIL ACTION NO. 24-CI-00375
*Electronically Filed*

WILMA MCCREARY                                                    PLAINTIFF

v.

WALMART INC.                                                      DEFENDANTS
WALMART #1113 ASSUMED NAME
CORPORATION OF WALMART STORES EAST, LP

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Walmart, Inc. and

Walmart #1113, Assumed Name of Walmart Stores East, LP:

> Jennifer Kincaid Adams
> Blackburn, Domene & Burchett, PLLC
> 614 West Main Street, Suite 3000
> Louisville, KY 40202
> 502-584-1600 phone
> 502-584-9971 fax
> jadams@bdblawky.com

I certify that I am admitted to practice in this Court.

Additionally, the undersigned counsel gives notice of her election under CR 5.02(2) to

receive electronic service of all filings and documents contemplated by said Rule. Counsel elects

to serve and receive filings and other documents by email at the following addresses:

> jadams@bdblawky.com

> mhprentice@bdblawky.com

> megan.venegas@bdblawky.com

EA : 000001 of 000002

**Filed**          24-CI-00375     05/22/2024          Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL
DOCUMENT

05/28/2024 11:42:44
AM

85787

In accordance with CR 5.02(2), documents to be filed with the clerk should now be electronically served on or before the day of filing to the above email addresses.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 22nd day of May, 2024. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Brandon West
323 West 5th Street
London, Kentucky 40741
lbwestattorney@gmail.com
*Counsel for Plaintiff*

/s/ *Jennifer Kincaid Adams*
*Counsel for Defendants*

EA : 000002 of 000002

**Filed**          24-CI-00375     05/22/2024          Roger Schott, Laurel Circuit Clerk

**Filed**          24-CI-00375     05/22/2024          **Roger Schott, Laurel Circuit Clerk**

**NOT ORIGINAL**

**DOCUMENT**

**AM**

**05/28/2024 11:42:48**

**85787**

COMMONWEALTH OF KENTUCKY
LAUREL CIRCUIT COURT
DIVISION TWO (2)
CIVIL ACTION NO. 24-CI-00375
*Electronically Filed*

WILMA MCCREARY                                                           PLAINTIFF

v.

WALMART INC.                                                           DEFENDANTS
WALMART #1113 ASSUMED NAME
CORPORATION OF WALMART STORES EAST, LP

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case for Defendants Walmart, Inc. and

Walmart #1113, Assumed Name of Walmart Stores East, LP:

  Joshua Waldrop
  Blackburn, Domene & Burchett, PLLC
  614 West Main Street, Suite 3000
  Louisville, KY 40202
  502-584-1600 phone
  502-584-9971 fax
  jwaldrop@bdblawky.com

 I certify that I am admitted to practice in this Court.

 Additionally, the undersigned counsel gives notice of his election under CR 5.02(2) to

receive electronic service of all filings and documents contemplated by said Rule. Counsel elects

to serve and receive filings and other documents by email at the following addresses:

  jwaldrop@bdblawky.com

  mhprentice@bdblawky.com

  megan.venegas@bdblawky.com

EA : 000001 of 000002

**NOT ORIGINAL**

**DOCUMENT**

**05/28/2024 11:42:48**

**AM**

In accordance with CR 5.02(2), documents to be filed with the clerk should now be

85787

electronically served on or before the day of filing to the above email addresses.

Respectfully submitted,

*/s/ Joshua Waldrop*
Joshua Waldrop
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jwaldrop@bdblawky.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 22nd day of May, 2024. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Brandon West
323 West 5th Street
London, Kentucky 40741
lbwestattorney@gmail.com
*Counsel for Plaintiff*

*/s/ Joshua Waldrop*
*Counsel for Defendants*

EA : 000002 of 000002

**DOCUMENT**

**AM**

NOT ORIGINAL

05/28/2024 11:42:53

85787

COMMONWEALTH OF KENTUCKY
LAUREL CIRCUIT COURT
DIVISION TWO (2)
CIVIL ACTION NO. 24-CI-00375
*Electronically Filed*

WILMA MCCREARY                                                  PLAINTIFF

v.

WALMART INC.                                                    DEFENDANTS
WALMART #1113 ASSUMED NAME
CORPORATION OF WALMART STORES EAST, LP

<u>**NOTICE OF SERVICE**</u>

Defendant, Walmart Inc., by and through counsel, hereby gives Notice of Service of

Defendant's First Set of Interrogatories and Request for Production of Documents Propounded to

Plaintiff via electronic mail on May 22, 2024.

Respectfully submitted,

*/s/ Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Joshua Waldrop
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
jwaldrop@bdblawky.com
*Counsel for Defendants*

Filed            24-CI-00375   05/22/2024          Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL
DOCUMENT

05/28/2024 11:42:53
AM

85787

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 22nd day of May, 2024. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Brandon West
323 West 5th Street
London, Kentucky 40741
lbwestattorney@gmail.com
*Counsel for Plaintiff*

/s/ Jennifer Kincaid Adams
*Counsel for Defendants*

2

NO : 000002 of 000002