UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CASE NO. 6:24-CV-00070-KKC

**ELECTRONICALLY FILED**

WILMA MCCREARY,                                                                             PLAINTIFF,

v.            **PLAINTIFF'S RULE 26 INITIAL DISCLOSURES**

WALMART INC., et al                                                                         DEFENDANT.

     Comes now the Plaintiff, Wilma McCreary, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(1), hereby make the following initial disclosures:

     I.    The following individuals may have discoverable information that Wilma McCreary may use to support its defenses in this case:

    a. Samantha Roberts
       Coach
       Walmart Store #1113
       1851 Highway 192 W
       London, KY 40741

     Ms. Roberts was working as a Coach at Walmart Store #1113 at the time of the incident and is likely to have discoverable information concerning the subject incident.

    b. Larry Beverly
       Coach
       Walmart Store #1113
       1851 Highway 192 W
       London, KY 40741

     Mr. Beverly was working as a Coach at Walmart Store #1113 at the time of the incident and is likely to have discoverable information concerning the subject incident.

  c. Joe Emily
   Food Team Lead
   Walmart Store #1113
   1851 Highway 192 W
   London, KY 40741

Mr. Emily was working as a Food Team Lead at Walmart Store #1113 at the time of the incident and is likely to have discoverable information concerning the subject incident.

  d. Plaintiff's past and present medical doctors, surgeons, or physical therapists;

Wilma McCreary's medical providers and surgeon are likely to have discoverable information concerning her injuries.

II. Plaintiff may use the following documents to support its defenses:

  a. Medical records pertaining to Plaintiff's pre-incident and post-incident medical conditions;

  b. Any photographs or video surveillance footage produced by Walmart of the location and area the day the incident occurred;

  c. May 5, 2023, Customer Incident Report;

  d. May 5, 2023, Witness Statement executed by Samantha Roberts;

  e. May 5, 2023, Witness Statement executed by Larry Barry;

  f. Walmart's relevant policies and procedures that were in effect at the time of the incident;

III. Plaintiff's medical bills that counsel has received at this time are upwards of $100,000.00. A damage estimation is not available to counsel at present as Plaintiff's billing is still being retrieved from medical providers.

IV. Not applicable to Plaintiff.

Plaintiff's counsel makes these disclosures without waiving any claim of attorney-client privilege and/or work product protection. In addition, Plaintiff's counsel makes these disclosures based on present information, without the benefit of complete discovery, Furthermore, these disclosures do not include information that may be used solely for impeachment and/or rebuttal purposes. Finally, Plaintiff's counsel expressly reserves the right to supplement and/or modify these disclosures and to introduce additional information in connection with any motion, hearing, or trial as discovery proceeds.

/s/ Larry Brandon West
Larry Brandon West
323 West 5TH Street
London, KY 40741
Tel. 606.770-5046
Fax: 606.770-5042
Email: lbwestattorney@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been electronically filed with the Clerk of the Court, and served upon all counsel of record on July 31, 2024 by using the CM/ECF system.

/s/ Larry Brandon West
COUNSEL FOR DEFENDANT